UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 1 - 1999

Michael N. Milby, Clerk

| | |
|---|---|
| LOIS IZQUIERDO, Individually and as Next Friend of ADAM MCCOY, ASHLEY IZQUIERDO, and AMANDA IZQUIERDO, Minors and BILLY IZQUIERDO ) ) ) ) ) ) | |
| -VS- ) ) | CIVIL ACTION FILE H-99-2296 (JURY DEMANDED) |
| KELSEY-SEYBOLD MEDICAL GROUP, P.A., DANIEL BELLEY, M.D., C.V. NGUYEN, M.D., VINCENT MURPHY, M.D., EUGENE P. PODRAZIK, M.D., NYLCARE HEALTH PLANS, INC. and AETNA U.S. HEALTHCARE, INC. ) ) ) ) ) ) ) | |

## ORDER

The Plaintiffs' Motion for Partial Dismissal and Second Motion for Remand came on for consideration, and the Court having considered said Motions, and the responses of the Defendants, is of the opinion said Motions should be granted, and it is therefore

ORDERED, that Defendants NYLCARE HEALTH PLANS, INC. and AETNA U.S. HEALTHCARE, INC. are dismissed from this cause without prejudice, and it is further

ORDERED that the remaining causes of action and claims of the Plaintiffs against Defendants KELSEY-SEYBOLD MEDICAL GROUP, P.A., DANIEL BELLEY, M.D., C.V. NGUYEN, M.D., VINCENT MURPHY, M.D. and EUGENE P. PODRAZIK, M.D. are remanded to the 190th Judicial District Court of Harris County, Texas.

SIGNED on the 30th day of September, 1999.

_____
UNITED STATES DISTRICT JUDGE

#14

APPROVED AND ENTRY REQUESTED:

_____
Howard R. King
State Bar No. 11444500
2 Houston Center
909 Fannin, Suite 2380
Houston, Texas 77010
(713) 654-4004
(713) 222-1707 (FAX)

Attorney-in-Charge for Plaintiffs

ClibPDF - www.fastio.com